Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Orren Ralph Finley, IV | Case No.: 23–51387 MEH 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 11/30/2023. Therefore, it is ordered that this case be **dismissed**.

☑ Order to File Required Documents and Notice of Automatic Dismissal
☐ Order and Notice Regarding Failure to Pay Filing Fee
☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
☑ Other: Notice of Deficient Filing Regarding Obsolete Forms and Dismissal of Case in Event of Failure to Cure Official Forms

Dated: 12/19/23     By the Court:

M. Elaine Hammond
United States Bankruptcy Judge